IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PROSPECT FUNDING HOLDINGS
(NY) LLC,

        Plaintiff and
        counterclaim
        defendant,

vs.

RONALD J. PALAGI, P.C., LLC and
CHE STUBBLEFIELD,

        Defendants and
        counterclaimants,

and

RONALD J. PALAGI,

        Defendant.

8:18-CV-15


JUDGMENT


For the reasons set forth in the accompanying memorandum and order, judgment is entered for Ronald J. Palagi and Ronald J. Palagi, P.C., LLC and against Prospect Fundings Holdings (NY), LLC, and the arbitration award is vacated.


Dated this 28th day of March, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge